# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Tanvir H. Rahman**
trahman@wigdorlaw.com

August 12, 2014

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Ghorpade v. MetLife, Inc., et al.; No.: 14 CV 4379 (JPO)

Dear Judge Oetken:

This firm represents Plaintiff Shailendra Ghorpade ("Plaintiff") in the above-referenced action against Defendants MetLife, Inc., MetLife Group, Inc., and Christopher Townsend (collectively, "Defendants"). Plaintiff filed his Complaint in this matter on June 17, 2014. On July 30, 2014, Defendants filed a motion to partially dismiss the Complaint. We write to inform the Court that, in lieu of responding to Defendants' motion to dismiss, Plaintiff will file an Amended Complaint by August 20, 2014, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). This decision has already been communicated to Counsel for Defendants.

Thank you for Your Honor's attention to this matter, and please let us know if you have any questions.

Sincerely,

*/s/ Tanvir H. Rahman*

Tanvir H. Rahman