PROSKAUER ROSE LLP
Joseph Baumgarten
Patrick J. Lamparello
Eleven Times Square
New York, New York 10036
(212) 969-3000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| SHAILENDRA GHORPADE, | : | |
| Plaintiff, | : | Civil Action No. 14-cv-4379 (JPO) |
| v. | : | **ECF CASE** |
| METLIFE, INC., METLIFE GROUP, INC., and CHRISTOPHER TOWNSEND, in his individual and official capacities, | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### AFFIRMATION OF PATRICK J. LAMPARELLO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Patrick J. Lamparello affirms, pursuant to the penalties of perjury, as follows:

1. I am an attorney at law, admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a Senior Counsel with the law firm of Proskauer Rose LLP, attorneys for defendants MetLife, Inc., MetLife Group, Inc. and Christopher Townsend ("Defendants"). As such, I am duly authorized to submit this affirmation in support of Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of the Amended Complaint in this action, filed by Plaintiff Shailendra Ghorpade, dated August 20, 2014.

1

The foregoing is true and correct to the best of my knowledge.

Dated:  September 8, 2014

                                                     /s/ Patrick J. Lamparello  
                                                         Patrick J. Lamparello