UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHAILENDRA GHORPADE,

                Plaintiff,

v.

METLIFE, INC., METLIFE GROUP, INC., and
CHRISTOPHER TOWNSEND, in his individual
and official capacities,

                Defendants.
------------------------------------------------------X

Civil Action No. 14-cv-4379 (JPO)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED BY AND AGREED,** by and between the attorneys for the respective parties undersigned herein, that the deadline for Plaintiff's opposition papers to Defendants' motion to dismiss is adjourned from September 25, 2014 to October 9, 2014, and

**IT IS FURTHER STIPULATED** that Defendants' deadline to submit reply papers to Plaintiff's opposition to Defendants' motion to dismiss shall be October 27, 2014. This is the parties' first request for the extension of these deadlines.

Dated: September 11, 2014

**WIGDOR LLP**

By: _____
Douglas H. Wigdor, Esq.
Tanvir H. Rahman, Esq.

85 Fifth Avenue
New York, New York 10003
(212)257-6800 (Main)
(212)257-6845 (Fax)
dwigdor@wigdorlaw.com
trahman@wigdorlaw.com

*Attorneys for Plaintiff*

Dated: September 11, 2014

**PROSKAUER ROSE LLP**

By: _____
Joseph Baumgarten, Esq.
Patrick J. Lamparello, Esq.

Eleven Times Square
New York, New York 10036
(212)969-3000 (Main)
jbaumgarten@proskauer.com
plamparello@proskauer.com

*Attorneys for Defendants*

SO ORDERED: September 12, 2014

_____
J. PAUL OETKEN
United States District Judge